

U.S. Department of Justice

United States Attorney
Eastern District of New York

SD:HLJ/DMP/RMT
F.# 2013R00605

271 Cadman Plaza East
Brooklyn, New York 11201

September 4, 2014

<u>By Hand and ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. John Doe
            <u>Misc. Docket No. 14-1063</u>

Dear Judge Matsumoto:

      The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that, following a hearing, the motion and any order entered by the Court be filed under seal. The attorney for the defendant in the above-referenced case has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

      The government writes to confirm that a hearing on this motion has been scheduled for Friday, September 5, 2014, at 11:00 a.m. in Courtroom No. 6G-North, at which time the government intends to file the enclosed motion and proposed order, previously hand delivered to the Court yesterday, under seal.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Richard M. Tucker
      Assistant U.S. Attorney
      (718) 254-6204

Enclosures (to be filed under seal)